# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　　　　　**Plaintiff,**<br>**v.**<br><br>**CORDOVA LYNCH,**<br><br>　　　　　　　　　**Defendant.** | **MEMORANDUM OF LAW & ORDER**<br><br>Criminal No. 05-263 (MJD/SRN) |

David P. Steinkamp, Assistant United States Attorney, Counsel for Plaintiff.

Albert T. Goins, Goins & Wood, P.C., Counsel for Defendant.

**IT IS HEREBY ORDERED** that Defendant may have until December 27, 2005, to file his sentencing position memorandum.

Dated: December 22, 2005　　　　　　s/ Michael J. Davis
　　　　　　　　　　　　　　　　　　Judge Michael J. Davis
　　　　　　　　　　　　　　　　　　United States District Court